# FERGUSON, SCHETELICH & HEFFERNAN, P.A.

## ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

PETER J. BASILE
ADMITTED MARYLAND AND D.C.

September 12, 2000

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

**VIA HAND DELIVERY**

Re:   Our File No.: 00-0278
      *Ozark Motor Lines v. Nevamar Corporation, et al.*
      Case No.: L00CV2153

Dear Judge Legg:

I am writing to advise you that the parties agree to extend Plaintiff's fact witness deposition hours to a total of five (5). Thank you.

Very truly yours,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: Peter J. Basile

PJB/tc

cc:   Michael Wharton, Esquire
      James Simpson, Esquire

Request *Approved* this *14th* day of September, 2000.

Benson Everett Legg, USDJ