# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Ozark Motor Lines, Inc.,

|  |  |
|---|---|
| **Plaintiff(s)** | Civil Action No. L00CV2153 |
| vs. | |
| Nevamar Corporation, a Delaware Corporation, and International Paper Company, a New York Corporation, | |
| **Defendant(s)** | [×] FEE PAID<br>[ ] FEE NOT PAID (SEND LETTER) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _____Peter J. Basile_____ Esquire

a member of the Bar of this court, moves the admission of _____James M. Simpson_____ Esquire to

appear pro hac vice in the captioned proceeding as counsel for _____Plaintiff_____

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____
Tennessee

and/or the following United States Court(s): _____See attached_____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court _____0_____ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: _____None_____

_____

_____

_____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK U. S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned his
    Peter J. Basile, Esq.
_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

Signature

Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center

Address
100 South Charles Street
Baltimore, MD 21201-2725

410-837-2200

Office phone number

410-837-1188

Fax number

10405

Md. U. S. District Court Number

PROPOSED ADMITTEE:

Signature

Allen, Scruggs, Sossaman, Thompson,
Simpson & Lillie, P.C.

Address
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103

901-763-4200

Office phone number

901-684-1768

Fax number

## ORDER

Motion  ___✓___  GRANTED

Motion  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  _____  DENIED

_____9/15/00_____

Dated

_____
Judge, U. S. District Court