IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| OZARK MOTOR LINES, INC. | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | Civil Action No.: L00CV2153 |
| NEVAMAR CORPORATION | * | |
| and | * | |
| INTERNATIONAL PAPER COMPANY | * | |
| Defendants/Counter-Plaintiffs | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties who have appeared in this action, by their undersigned counsel, hereby stipulate to the dismissal WITHOUT PREJUDICE of all claims asserted by any and all parties, including without limitation, all complaints, counter-claims, cross-claims and third party claims. The parties agree to bear their own attorneys fees and expenses. All open court costs, if any, to be paid by Plaintiff Ozark Motor Lines, Inc.

FERGUSON, SCHETELICH & HEFFERNAN, P.A.,

By: _____
Peter J. Basile
Federal Bar No: 10405
1401 Bank of America Center
100 South Charles Street
Baltimore, Maryland 21201-2725
(410) 837-2200
ATTORNEYS FOR OZARK MOTOR LINES, INC.

APPROVED THIS _____ DAY OF _____.

_____
BENSON E. LEGG, U.S.D.J.

ALLEN, SCRUGGS, SOSSAMAN
THOMPSON, SIMPSON & LILLIE, P.C.

By: _____
James M. Simpson, *Tennessee* #15023
80 Monroe Ave., Suite 650
Memphis, Tennessee 38103
(901) 763-4200
ATTORNEYS FOR OZARK MOTOR LINES, INC.


WHARTON, LEVIN, EHRMANTRAUT,
KLEIN & NASH


By: _____
Michael T. Wharton
104 West Street
Annapolis, MD 21404-0551
(410) 263-5900
ATTORNEYS FOR NEVAMAR CORPORATION
and INTERNATIONAL PAPER COMPANY